NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: JIM SNYDER, JOON HAO CHUAH, JOE DENTE, TRAVIS HARTWELL, MORGAN HOLLINGER, JOHN THELE, JIMMY WAN, ROBERT WILLIAMS, ROBBY MORGAN, PULSELIGHT HOLDINGS, INC.,

*Appellants*

---

2018-2032

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/747,868.

---

## JUDGMENT

---

JOSEPH ROGER WILLIAMS, JR., Richards Rodriguez & Skeith LLP, Austin, TX, argued for appellants.

PHILIP J. WARRICK, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, SCHALL, and DYK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


June 14, 2019          /s/ Peter R. Marksteiner
    Date               Peter R. Marksteiner
                       Clerk of Court